S. CHARLES SHEER, as Receiver in Supplementary Proceedings of 71ST QUEENS BOULEVARD CORPORATION, Appellant, *v.* MICHAEL E. MORRIS, JR., et al., Respondents.

Supreme Court, Appellate Term, First Department, January 8, 1943.

*Charles Grafman* for appellant.

*Abraham L. Resnick* for Michael E. Morris, Jr., respondent.

*Samuel Weisman* for Cornelius G. De Loca, respondent.

*Per Curiam.* The cause of action stated in the complaint is one at law. It is not of an equitable nature and the Municipal Court has jurisdiction thereof.

Judgment and orders reversed, with ten dollars costs, and motions denied.

All concur. Present — HAMMER, MILLER and McLAUGHLIN, JJ.